UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA--WESTERN DIVISION

| | |
|---|---|
| **PAULINA D. BURTON,**<br><br>Plaintiff,<br><br>v.<br><br>**ECC/OES FIRE DEPARTMENT A/K/A "CAL-FIRE" AN AGENCY OF THE STATE OF CALIFORNIA AND DOES 1 Through 50, Inclusive,**<br><br>Defendants. | Case No. CV11-9328 PSG (JCGx)<br><br>**PROTECTIVE ORDER RE INFORMATION SUBJECT TO CIPA**<br><br><br>Courtroom: 880<br>Judge: The Honorable Philip S. Gutierrez<br>Trial Date: January 15, 2013<br>Action Filed: June 9, 2011 |

**ORDER**

Pursuant to the parties' Stipulation for Protective Order, IT IS HEREBY ORDERED as follows:

(1) Only counsel for the parties may use the information pertaining to the home addresses and telephone numbers of former and current employees of defendant for the purposes of serving subpoenas for depositions or trial. The information pertaining to the home addresses and telephone numbers of former and current employees of defendant shall not be disclosed or used by plaintiff.

(2) The parties, through their counsel, may use the information produced by defendant in all law and motion proceedings, however, the parties agree that any information subject to this Protective Order shall be designated as "Confidential" and filed under seal pursuant to L.R. 79, and shall not be disclosed to plaintiff.

(3) If counsel for either party wishes to disclose information protected by the California Information Practices Act to persons requested to furnish litigation services, other than their counsel, then said person(s) shall execute a written declaration substantially in the form of Exhibit "A" hereto. The information shall not be disclosed to plaintiff.

(4) Upon completion of this action, plaintiff's counsel shall certify to the Court that they have irretrievably destroyed or returned all documents containing information that have been produced pursuant to this Stipulation for Protective Order and Protective Order. Plaintiff's counsel shall further certify that they have destroyed or returned all copies and/or duplicates, as defined by Rule 1001(4) of the Federal Rules of Evidence, that they have made of such documents.

(5) This Order is not intended to compromise the rights of any party to object to discovery pursuant to the Federal Rules of Civil Procedure or any other governing authority nor is it intended to alter any burden of proof regarding any assertion of privilege in this matter.

DATED: September 06, 2012      _____
                                   UNITED STATES
                                   MAGISTRATE JUDGE

**EXHIBIT "A"**

I have read and I understand the Stipulation for Protective Order and Protective Order entered by the Court in the case <u>Paulina D. Burton v. ECC/OES Fire Department a/k/a "Cal-Fire", an Agency of the State of California</u>, CV11-9328 PSG (JCGx), and I agree to be bound by its terms.

DATED:_____        _____

                                                Signature

                                      _____
                                            Printed Name

LA2011505158
60844861.doc